IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) GILBERTO RODRIGUEZ<br>2) ANGEL MENDEZ<br>3) SUGEYL RODRIGUEZ<br>4) BARBARA RAMOS<br>5) YAMILET FAJARDO<br>6) MARYLIN PINEDA<br>7) MILDRED BAEZ<br>8) PEDRO PEREZ<br>9) CARMEN SEIN<br>10) RICHARD PIETRI<br>11) EUSEBIO MERCEDES<br>12) GERALDO CASTRO<br>13) GILBERTO MODESTO<br>14) ONNIS ACOSTA<br>15) MARILIZ SUAREZ<br>16) FRANCISCO FONTANEZ<br>**17) SAMUEL ESCOBAR**<br>18) MARTIN PERNAS<br>19) ANIBAL ROSSELLO<br>20) SONYA CASTELLANOS<br>21) MAXIMILIEN ESPINAL<br>22) MIGUEL DE AZA<br>23) HARRY REYES<br>24) LOUIS CRUZ<br>25) JULIO MARIN<br>26) GLORIA CASTRO<br>27) CESAR BERROA<br>28) RAYSA PACHECO<br>29) JULIO CASTRO<br>30) ELBA TORRES<br>31) GLENDA DAVILA<br>32) RAYMOND RODRIGUEZ<br>33) JOEL CASTILLO<br>34) YOLANDA RODRIGUEZ<br>Defendants | CRIMINAL 08-0242CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 10, 2012 (**docket entry 1666**) on a Rule 11 proceeding of defendant Samuel Escobar-Hernández (17) held before U.S. Magistrate Judge Marcos E. López on May 9, 2012, to which no opposition has

CRIMINAL 08-0242CCC                                2

been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 9, 2012. The **sentencing hearing is set for August 7, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 25, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge